THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SELWYN KARP,<br><br>                      Plaintiff,<br><br>vs.<br><br>CHARLES M. EDWARDS, JAMES M. GARNER, FRED H. JONES, DOUGLAS W. KROSKE, LOUIS E. BUCK, JR., ADAM W. BURRELL, CRAIG A. FOWLER, BEVERLY W. MASON, RONALD D. BEALE, R. MATTHEW DUNBAR, AND ROGER D. PLEMENS, FIRST CITIZENS BANCSHARES, INC., FIRST-CITIZENS BANK & TRUST COMPANY, FC MERGER SUBSIDIARY VII, INC., and ENTEGRA FINANCIAL CORP.,<br><br>                      Defendants. | Civil Action No: 1:19-cv-05798-NRB |

## NOTICE OF VOLUNTARY DISMISSAL

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to Plaintiff only, and without prejudice as to all claims on behalf of the putative class in the Action. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified.

Dated: August 1, 2019

                                                  **GAINEY McKENNA & EGLESTON**

                                                  By: *s/ Thomas J. McKenna*
                                                  Thomas J. McKenna
                                                  Gregory M. Egleston
                                                  440 Park Avenue South
                                                  New York, NY 10016
                                                  Telephone: (212) 983-1300

Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

***Attorneys for Plaintiffs***